[Coat of Arms]
# PUBLIC PROSECUTOR'S OFFICE
at the Juvenile Court
## VENICE
Venice - Mestre, via Forte Marghera - phone 0415066311/05 - fax 0415066398/9 –
*procmin.venezia@giustizia.it*

No. 126/21 RR

Having regard to decree No. 126/21 R.R. dated 04/09/2021 of the Juvenile Court of Venice, a copy of which is attached hereto, ordering the repatriation to the United States of the minor MELLO ▮▮▮▮▮▮, born on 06/15/2012 in the USA, domiciled in Rovigo, via Trieste, 72 int. 14.

Measure effective immediately.

Read sec. 7 Act No. 64/94

Orders

the execution of the aforesaid decree delegating the section of P.G. seat, with faculty of sub delegation, that it will use the support of the Social Services of the USSM, with faculty, in their turn, to use the collaboration of the social service of the territory.

Orders that a copy of the decree and of the hereby are transmitted by certified email to the Central Authority - Department of Juvenile Justice - Rome for due knowledge, by the secretariat.

Venice, 04/14/2021

[Autograph Signature]
**The Public Prosecutor**
At the Juvenile Court
- *Dr. Giulia DAL POS - Sost.*