

General register number 11331/2021
Sectional number 1920/2022
General collection number 19301/2022
Publication date 06/15/2022

[Coat of Arms of the Italian Republic]

# REPUBLIC OF ITALY
## SUPREME COURT OF APPEAL
## FIRST CIVIL SECTION

Composed by the Illustrious Magistrates:

| | |
|---|---|
| GIACINTO BISOGNI | President |
| GIULIA IOFRIDA | Councillor |
| ANTONIO PIETRO LAMORGESE | Councillor |
| MAURA CAPRIOLI | Councillor – Rel. |
| ANDREA FIDANZIA | Councillor |

Object:

MINOR FILIATION

Ud. 05/11/2022

CC

pronounced the following

### ORDER

on the appeal registered under no. 11331/2021 R.G. proposed by:

MELLO JOHN JOEY, with address for service at ROMA VIALE LIEGI, 34 at the office of the lawyer DELLA BELLA MICHELE (DLLMHL65C01H501D) who represents and defends him together with the lawyers AMATO LICIA (MTALCI82M71H501Y)

-plaintiff-

versus

PARCELL CHRISTINA LARAIN, PROSECUTOR

-notified-

adverse DECREE of COURT OF VENEZIA no. 126/2021 filed on 04/14/2021.

Having heard the report made in the council chamber of 05/11/2022 by the Councillor MAURA CAPRIOLI.


