**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| John J. Mello<br><br>           Plaintiff,<br><br>vs.<br><br>Officer Matthew P. Anderson, Officer Robert Perry of the Greenville County Sheriff's Office, Ryan Holloway and W. Walter Wilkins of the Greenville County Solicitor's Office and Vanessa H.Kormylo,<br><br>           Defendants. | **PLAINTIFF'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |

**PLAINTIFF'S ANSWERS TO LOCAL RULE 26.01 INTERROGATOIRES**

**COMES NOW** the Plaintiff John J.Mello, by and through his undersigned counsel and provides the following answers to Local Rule 26.01 as follows:

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER:**     None.

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER: Based upon information and belief, Plaintiff requests a jury trial as to each claim stated in the Complaint**.

(C) State whether the party submitting these responses is a publicly owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly owned company of which it is a parent; and

(3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER:     Plaintiff is an individual.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civ. Rule 3.01 (D.S.C.).

**ANSWER:     Venue is proper in the Greenville Division because the causes of action arose within Greenville County, South Carolina.**

(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a 24 determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.14

**ANSWER:     None.**

                                              Respectfully submitted,

                                              s/Monier Abusaft
                                              Monier Abusaft, (SC Bar#101654)
                                              Law Offices of Mo Abusaft
                                              229 Magnolia Street
                                              Spartanburg, SC  29306
                                              Telephone: (864) 208-9281

October 20, 2024