# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| John J. Mello,<br><br>Plaintiff,<br><br>vs.<br><br>Officer Matthew P. Anderson, Officer Robert Perry of the Greenville County Sheriff's Office, and Vanessa H. Kormylo,<br><br>Defendants. | Case No.: 6:24-cv-05964-JDA-KFM<br><br>**DEFENDANT VANESSA H. KORMYLO'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |

Defendant Vanessa H. Kormylo, by and through the undersigned counsel, hereby submits the following Answers to Local Rule 26.01 Interrogatories:

A. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER: Defendant is unaware of any applicable persons or legal entities.**

B. As to each claim, state whether it should be tried by jury or nonjury and why.

**ANSWER: All claims should be tried by jury as Plaintiff and this Defendant have demanded trial by jury.**

C. State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER: Defendant is not a publicly owned company.**

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER: Not applicable.**

E. Is this action related, in whole or in part, to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related, regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involved the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER: No.**

F. If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER: Defendant is properly identified.**

G. If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER: Not applicable at this time.**

This 20th day of November 2024

P.O. Box 22528
Charleston, SC 29413
843-972-9400

Respectfully submitted,

EARHART OVERSTREET, LLC

By: *s/ David W. Overstreet*

DAVID W. OVERSTREET
Federal Bar No.: 7363
David@earhartoverstreet.com

MAXWELL J. SEFERIAN
Federal Bar No.: 14060
Max@earhartoverstreet.com

*Attorneys for Defendant Vanessa H. Kormylo*